IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARLITA JOHNSON :
:
    Plaintiff(s) :
: Case Number: 1:06-cv-00447
vs. :
: Senior District Judge S. Arthur Spiegel
ADAMS METROPOLITAN :
HOUSING AUTHORITY :
:
    Defendant(s) :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court concludes that plaintiff's complaint is subject to dismissal as frivolous, or alternatively, on the ground that the complaint fails to state a claim upon which relief may be granted. The complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of this Order would not be taken in good faith and therefore denies plaintiff leave to appeal in forma pauperis. Plaintiff, a non-prisoner, remains free to apply to proceed in forma pauperis in the Court of Appeals.

7/25/06      James Bonini, Clerk

     s/Kevin Moser
     Kevin Moser
     Deputy Clerk